In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-419 CV


____________________



IN RE EXXON MOBIL OIL CORPORATION, MOBIL CORPORATION,

MOBIL CHEMICAL COMPANY, INC., AND SOCONY MOBIL COMPANY, INC.





Original Proceeding






MEMORANDUM OPINION


 On September 19, 2005, Exxon Mobil Oil Corporation, Mobil Corporation, Mobil
Chemical Company, Inc., and Socony Mobil Company, Inc. filed this petition for writ of
mandamus. We requested a response from the real parties in interest. On October 27,
2005, the relators filed a motion to dismiss the petition. The relators allege the trial court
granted the relief requested in the petition.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered November 17, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.